# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| YANETH VILLAVICENCIO,<br><br>        Plaintiff,<br><br>vs.<br><br>O.P.H. OF LAS VEGAS, INC., a Nevada corporation,<br><br>        Defendant. | 2:10-CV-00671-PMP-PAL<br><br>**ORDER** |

The Court having read and considered Defendant's Motion to Dismiss Counts III, IV and VI of Plaintiff's Complaint (Doc. #7), filed on August 5, 2010, and Plaintiff Villavicencio having failed to respond thereto, and it further appearing from Defendant's motion that they are entitled to dismissal of the three claims on the merits, and good cause appearing,

**IT IS ORDERED that** Defendant O.P.H. of Las Vegas, Inc.'s Motion to Dismiss Counts III, IV and VI of Plaintiff's Complaint (Doc. #7) is **GRANTED**.

DATED: September 8, 2010.

PHILIP M. PRO
United States District Judge